UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: JJ ARCH LLC,

                    Debtor.

24 Civ. 4850 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' designation and counter designation of the bankruptcy record on appeal. Dkts. 5,7. The Court sets the following briefing schedule:

- Appellant's opening brief shall be due **September 9, 2024.**
- Appellee's response brief shall be due **October 9, 2024.**
- Appellant's reply brief, if any, shall be due **October 23, 2024.**

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 9, 2024
       New York, New York