UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: JJ ARCH LLC,

Debtor.

24 Civ. 4850 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 9, 2024, this Court adopted a briefing schedule that set the deadline for filing the opening brief in this case for September 9, 2024. Dkt. 8. Following two consented extensions, both requested by counsel for appellant JJ Arch LLC ("JJ Arch"), JJ Arch was required to file its opening brief no later than November 8, 2024. Dkt. 12. No such brief has been filed. On November 18, 2024, appellees Arch Real Estate Holdings LLC and Jared Chassen filed a letter-motion seeking to dismiss this action as constitutionally moot; or, in the alternative, for failure to prosecute under Federal Rule of Civil Procedure 41. Dkt. 13.

In light of appellant's failure to meet its opening brief deadline, the Court hereby grants appellee's letter-motion to dismiss the case without prejudice for failure to prosecute pursuant to Rule 41. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*Paul A. Engelmayer* (signature)
Paul A. Engelmayer
United States District Judge

Dated: November 19, 2024
       New York, New York

1